

Friday, March 13, 2015

No. 15–0315/AR.   U.S. v. Michael F. Stellato.   CCA 20140453.   On consideration of Appellee's motion for leave to exceed word limit and to amend, it is ordered that said motion is hereby denied. Appellee will file an answer that complies with Rule 21(b) on or before March 20, 2015.